ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
       wwong@grsm.com

*Attorneys for Plus Credit Union dba
IBEW Plus Credit Union*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN I. DEBOSE, | Case No.: 2:17-cv-02772-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1]** |
| PLUS CREDIT UNION D/B/A IBEW PLUS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC, | |
| | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff DARREN I. DEBOSE ("Plaintiff"), and Defendant PLUS CREDIT UNION D/B/A IBEW PLUS CREDIT UNION ("IBEW Plus"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on November 2, 2017 [ECF No. 1].

2. IBEW Plus was served with process on or about November 6, 2017.

3. IBEW Plus recently retained counsel and a short extension is necessary to allow IBEW Plus's counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff and IBEW Plus also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for IBEW Plus to respond to the Complaint until

December 18, 2017. This will allow the parties to continue settlement discussions without incurring additional fees and expenses. Plaintiff has no objection to the extension.

5. IBEW Plus requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

6. Therefore, the parties agree that IBEW Plus's response to the Complaint is now due on or before December 18, 2017.

DATED: November 17, 2017.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Robert S. Larsen
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for IBEW Plus Credit Union*

DATED: November 17, 2017.

HAINES & KRIEGER, LLC

/s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

*Attorneys for Plaintiff Darren I. Debose*

**ORDER**

IT IS SO ORDERED.

Dated: November 20, 2017

_____
UNITED STATES MAGISTRATE JUDGE

-2-