# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN I DEBOSE, | Case No. 2:17-cv-02772-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 8) |
| PLUS CREDIT UNION, et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement between Plaintiff and Defendant Plus Credit Union. Docket No. 8. The Court **ORDERS** these parties to file a stipulation of dismissal no later than February 6, 2018.

IT IS SO ORDERED.

DATED: December 8, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge