# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN I DEBOSE, | Case No. 2:17-cv-02772-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 10) |
| PLUS CREDIT UNION, et al., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC. Docket No. 10. The Court **ORDERS** these parties to file a stipulation of dismissal no later than February 26, 2018.

IT IS SO ORDERED.

DATED: December 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge